**Precision Plastic Ball Co**      **Invoice**
10129 Pacific Ave.
Franklin Park, IL 60131

Phone # 847-678-2255
Fax # 847-678-3100

| Date | Invoice # |
|---|---|
| 9/3/2014 | 74510 |

| Bill To |
|---|
| Oncore Golf<br>640 Ellicott St, Suite 499<br>Buffalo, NY 14203 |

| Ship To |
|---|
| Foremost Golf Mfg. Ltd.<br>No. 5 Kegonog 8th Rd.<br>Douliou City<br>Yulin County 640<br>TAIWAN |

| P.O. Number | Terms | Ship | Via | F.O.B. |
|---|---|---|---|---|
| ONCORE060614 | NET 45 | 9/5/2014 | OCEAN | FOB Taiwan |

| Quantity | Price Each | Description | Amount |
|---|---|---|---|
| 150,000 | 0.67 | 22.86MM Hollow Steel 304 Ball<br>HS CODE 8482910000<br>Shipping from China on 9/5/14<br>ETA Taichung 9/9/14 | 100,500.00 |
| | | **Total** | $100,500.00 |
| | | **Payments/Credits** | -$40,000.00 |
| | | **Balance Due** | **$60,500.00** |

| E-mail | Web Site | Terms of Sale |
|---|---|---|
| ppball@sbcglobal.net | www.precisionplasticball.com | http://www.precisionplasticball.com/terms-of-sale/ |

**EXHIBIT A**

**Precision Plastic Ball Co**
10129 Pacific Ave.
Franklin Park, IL 60131

Phone # 847-678-2255
Fax # 847-678-3100

Invoice

| Date | Invoice # |
|---|---|
| 9/30/2014 | 74575 |

| Bill To |
|---|
| Precision Plastic Ball<br>10129 Pacific Ave.<br>Franklin Park, IL 60131 USA<br>CHINA - 618300 |

| Ship To |
|---|
| Foremost Golf Mfg. Ltd.<br>No. 5 Kegonog 8th Rd.<br>Douliou City<br>Yulin County 640<br>TAIWAN |

| P.O. Number | Terms | Ship | Via | F.O.B. |
|---|---|---|---|---|
| ONCORE060614 | NET 45 | 9/30/2014 | OCEAN | FOB Taiwan |

| Quantity | Price Each | Description | Amount |
|---|---|---|---|
| 200,000 | 0.67 | 22.86MM Hollow Steel 304 Ball<br>HS CODE 8482910000<br>Shipping from China on 9/30/14<br>ETA Taichung 10/14/14<br><br>Duties, Taxes paid by receiver | 134,000.00 |

| | |
|---|---|
| Total | $134,000.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$134,000.00** |

| E-mail | Web Site | Terms of Sale |
|---|---|---|
| ppball@sbcglobal.net | www.precisionplasticball.com | http://www.precisionplasticball.com/terms-of-sale/ |

**Precision Plastic Ball Co**
10129 Pacific Ave.
Franklin Park, IL 60131

Phone # 847-678-2255
Fax # 847-678-3100

Invoice

| Date | Invoice # |
|---|---|
| 11/25/2015 | 76265-2 |

| Bill To | Ship To |
|---|---|
| Oncore Golf<br>640 Ellicott St, Suite 499<br>Buffalo, NY 14203 | Foremost Golf Mfg. Ltd.<br>No. 5 Kegonog 8th Rd.<br>Douliou City<br>Yulin County 640<br>TAIWAN |

| P.O. Number | Terms | Ship | Via | F.O.B. |
|---|---|---|---|---|
| Email - sample | Due on receipt | 11/25/2015 | | UPS Collect |

| Quantity | Price Each | Description | Amount |
|---|---|---|---|
| 600 | 0.00 | 12.7MM Hollow C1020 Ball<br>OD: 12.7MM +0.03, -0.00MM<br>Weight: 5.1 +/- 0.1g | 0.00 |
| 300 | 0.00 | 15.24MM Hollow C1020 Ball<br>OD: 15.24MM +0.03, -0.00MM<br>Weight: 5.8 +/- 0.1g | 0.00 |
| 200 | 0.00 | 17.78MM Hollow C1020 Ball<br>OD: 17.78MM +0.03, -0.00MM<br>Weight: 6.9 +/- 0.1g<br>HS 8481909085<br>***SAMPLES***<br><br>Tracking: UPS 1Z6158126646450179 | 0.00 |
| 1 | 2,000.00 | Handling Charge | 2,000.00 |

| | |
|---|---|
| Total | $2,000.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$2,000.00** |

| E-mail | Web Site | Terms of Sale |
|---|---|---|
| ppball@sbcglobal.net | www.precisionplasticball.com | http://www.precisionplasticball.com/terms-of-sale/ |

**Precision Plastic Ball Co** — Invoice
10129 Pacific Ave.
Franklin Park, IL 60131

Phone # 847-678-2255
Fax # 847-678-3100

| Date | Invoice # |
|---|---|
| 4/21/2016 | 77381 |

| Bill To | Ship To |
|---|---|
| Oncore Golf<br>640 Ellicott St, Suite 499<br>Buffalo, NY 14203 | Oncore Golf<br>C/O ALFIE TECHNOLOGY CORP.<br>91 HENNING DR.<br>ORCHARD PARK, NY 14127<br>USA |

| P.O. Number | Terms | Ship | Via | F.O.B. |
|---|---|---|---|---|
| 042016PPBC | Due on receipt | 4/21/2016 | UPS COLLECT | shipping pt. |

| Quantity | Price Each | Description | Amount |
|---|---|---|---|
| 300 | 5.00 | 1/2" C1045 CORE, 4GRAMS<br>12.7MM +/- 0.03MM<br><br>1Z6158120347623330 | 1,500.00 |

Thank You for your order!

| | |
|---|---|
| Total | $1,500.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,500.00** |

| E-mail | Web Site | Terms of Sale |
|---|---|---|
| ppball@sbcglobal.net | www.precisionplasticball.com | http://www.precisionplasticball.com/terms-of-sale/ |